IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN ZOU et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SANTA J. ONO et al.,<br><br>  Defendants. | Case No. 2:25-cv-10315<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Elizabeth A. Stafford |

**STIPULATED ORDER REGARDING PAGE LIMITS
FOR RESPONSE AND REPLY BRIEFS**

The parties have conferred and have agreed to the following page limit extensions for the remaining briefing on Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 2, PageID.93): (1) the page limit for Defendants' response brief to the pending Motion for Preliminary Injunction is extended by five pages, and (2) the page limit for Plaintiffs' reply brief to the pending Motion for Preliminary Injunction is extended by three pages.

IT IS HEREBY ORDERED that the page limit for Defendants' response brief shall be extended by five (5) pages, and the page limit for Plaintiffs' reply

1

brief shall be extended by three (3) pages.

**SO ORDERED**, on this 5th day of March 2025.

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

The parties stipulate to the entry of the above order:

                                              Respectfully submitted,

Date: February 28, 2025

| | |
|---|---|
| By: /s/ Ramis J. Wadood | By: /s/ Lauren J. Hartz (with consent) |
| Ramis J. Wadood (P85791) | Ishan Bhabha (D.C. Bar No. 1015673) |
| Philip E. Mayor (P81691) | Lauren J. Hartz (D.C. Bar No. 1029864) |
| Bonsitu Kitaba-Gaviglio (P78822) | Jenner & Block LLP |
| Delaney Barker (P87401) | 1099 New York Avenue, NW Suite 900 |
| Daniel S. Korobkin (P72842) | Washington, DC 20001-4412 |
| American Civil Liberties Union Fund of Michigan | +1 202 639 6000 |
| 2966 Woodward Avenue | ibhabha@jenner.com |
| Detroit, MI  48201 | lhartz@jenner.com |
| (313) 578-6800 | |
| rwadood@aclumich.org | *Counsel for Defendants* |

Amanda M. Ghannam (P83065)
Jack W. Schulz (P78078)

2

Cooperating Attorneys,
American Civil Liberties Union
Fund of Michigan
645 Griswold St. Suite 4100
Detroit, MI 48226
(313) 788-7446
amanda@michiganworkerlaw.com
jack@michiganworkerlaw.com

John C. Philo (P52721)
Liz Jacob (P86981)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL
JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
ljacob@sugarlaw.org
tparis@sugarlaw.org

*Counsel for Plaintiffs*