UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN ZOU et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:25-cv-10315 |
| | ) | Hon. Mark A. Goldsmith |
| v. | ) | Mag. Elizabeth A. Stafford |
| | ) | |
| SANTA J. ONO et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER STRIKING DKT. 21-4 AND
GRANTING LEAVE TO FILE CORRECTED DOCUMENT**

On March 12, 2025, Defendants filed their Opposition to Plaintiffs' Motion for Preliminary Injunction, Dkt. 21. In support of that Opposition, Defendants attached as an exhibit the Declaration of Paul DeRidder, Dkt. 21-4, which appended a set of exhibits. One of those exhibits was a University of Michigan Police Department ("UMPD") narrative report containing the name of a non-party to this lawsuit that was inadvertently not redacted in the public filing.

Prior to the filing of Defendants' Opposition, Defendants reached an agreement with Plaintiffs' counsel that irrelevant information concerning non-parties contained in UMPD narrative reports should be redacted in order to protect the privacy of non-parties. *See* 2018 Comment to L.R. 5.3.

The parties have stipulated and agreed that the non-party name left unredacted

1

in Dkt. 21-4 is not relevant to this dispute at this stage and that it should be redacted from this filing to protect the privacy of that non-party. The parties have further stipulated and agreed that Dkt. 21-4 should be struck from the public docket and refiled with the non-party's name redacted.

THEREFORE, IT IS ORDERED that Dkt. 21-4 shall be struck from the public docket.

IT IS FURTHER ORDERED that Defendants shall promptly file a corrected version of Dkt. 21-4 to the public docket.

**SO ORDERED**, on this 16th day of April 2025.

s/Mark A. Goldsmith  
Mark A. Goldsmith  
United States District Judge

The parties stipulate to the entry of the above order:

| | |
|---|---|
| Date: April 11, 2025 | Respectfully submitted, |
| By: /s/ Ramis J. Wadood (with consent)<br>Ramis J. Wadood (P85791)<br>Philip E. Mayor (P81691)<br>Bonsitu Kitaba-Gaviglio (P78822)<br>Delaney Barker (P87401)<br>Daniel S. Korobkin (P72842)<br>American Civil Liberties Union Fund of Michigan<br>2966 Woodward Avenue<br>Detroit, MI  48201<br>(313) 578-6800<br>rwadood@aclumich.org<br>Amanda M. Ghannam (P83065) | By: /s/ Lauren J. Hartz<br>Lauren J. Hartz (D.C. Bar No. 1029864)<br>Ishan Bhabha (D.C. Bar No. 1015673)<br>Jenner & Block LLP<br>1099 New York Avenue, NW Suite 900<br>Washington, DC 20001-4412<br>+1 202 639 6000<br>ibhabha@jenner.com<br>lhartz@jenner.com<br><br>*Counsel for Defendants* |

2

Jack W. Schulz (P78078)
Cooperating Attorneys,
American Civil Liberties Union
Fund of Michigan
645 Griswold St. Suite 4100
Detroit, MI 48226
(313) 788-7446
amanda@michiganworkerlaw.com
jack@michiganworkerlaw.com

John C. Philo (P52721)
Liz Jacob (P86981)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL
JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
ljacob@sugarlaw.org
tparis@sugarlaw.org

*Counsel for Plaintiffs*