# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JONATHAN ZOU et al.,

    Plaintiffs,

v.

SANTA J. ONO et al.,

    Defendants.

Case No. 2:25-cv-10315

Hon. Mark A. Goldsmith

Mag. Elizabeth A. Stafford

## PLAINTIFFS' NOTICE OF ERRATA
## TO TRANSCRIPT OF MAY 15, 2025 HEARING ON
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs respectfully submit the following errata to correct errors in the above-referenced transcript which may affect this Court's interpretation of the transcript.

| Page Number | Line Number | Strike | Insert/Replace |
|---|---|---|---|
| 9 | 15 | "separated in the central campus is" | "separated from the central campus, is" |
| 10 | 6 | "years past" | "years after" |
| 12 | 7 | "banned on someone's conduct, Supreme Court asks" | "ban on someone's conduct, the Supreme Court asks" |
| 12 | 11 | "about we cite" | "but we cite" |
| 12 | 13 | "bans that with" | "bans that were" |
| 16 | 11 | "one person exemption" | "one *per se* exemption" |

1

| 16 | 12 | "I can't mantel common" | "I can't imagine common" |
|---|---|---|---|
| 19 | 22 | "communities, public spaces" | "community's public spaces" |
| 20 | 21 | "neighborhood banned" | "neighborhood ban" |
| 22 | 18 | "campus, how much there" | "campus. Now there" |
| 23 | 17 | "pools where the" | "pools or" |
| 25 | 16 | "center an under" | "center and under" |
| 26 | 6 | "pending against there," | "pending against her," |
| 27 | 21 | "posit-depravation process" | "post-deprivation process" |
| 31 | 24 | "provide? They" | "They" |
| 31 | 25 | "the excused a chance" | "the accused a chance" |
| 32 | 21 | "process of which" | "protests at which" |
| 32 | 22 | "in war misconduct" | "in minor misconduct" |
| 58 | 8 | "traditional limited designated nonpublic forum" | "traditional, limited, designated, and nonpublic forums" |
| 58 | 18 | "is that the individualized target" | "that the individualized, targeted |
| 58 | 21 | "there was a case" | "this was a case" |
| 58 | 24 | "Syr v. Addison" | "Cyr v. Addison" |
| 60 | 7 | "date bag to" | "date back to" |
| 60 | 25 | "applies that" | "implies that" |
| 62 | 2 | "that's vast full" | "that vast full" |
| 62 | 24 | "allows at accused" | "allows the accused" |
| 62 | 25 | "we asking for" | "we are asking for" |
| 63 | 10 | "claiming as adequate" | "claiming is adequate" |
| 65 | 16 | "does inhibit" | "doesn't inhibit" |

Respectfully submitted,

/s/ Ramis J. Wadood

| | |
|---|---|
| Ramis J. Wadood (P85791) | Amanda M. Ghannam (P83065) |
| Philip E. Mayor (P81691) | Jack W. Schulz (P78078) |
| Bonsitu Kitaba-Gaviglio (P78822) | Cooperating Attorneys, |
| American Civil Liberties Union | American Civil Liberties Union |
|  Fund of Michigan |  Fund of Michigan |
| 2966 Woodward Avenue | 645 Griswold St. Suite 4100 |
| Detroit, MI 48201 | Detroit, MI 48226 |
| (313) 578-6800 | (313) 788-7446 |
| Detroit, MI  48201 | amanda@michiganworkerlaw.com |
| rwadood@aclumich.org | jack@michiganworkerlaw.com |
| pmayor@aclumich.org | |
| bkitaba@aclumich.org | |

John C. Philo (P52721)
Liz Jacob (P86981)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
ljacob@sugarlaw.org
tparis@sugarlaw.org

Attorneys for Plaintiffs

Dated: June 12, 2025

3