# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JONATHAN ZOU et al.,

     Plaintiffs,

 v.

SANTA J. ONO et al.,

     Defendants.

Case No. 2:25-cv-10315

Hon. Mark A. Goldsmith

Mag. Elizabeth A. Stafford

## PLAINTIFF GABRIEL VIEIRA'S
## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Gabriel Vieira voluntarily dismisses his claims in this action. This notice is being filed before Defendants served an Answer or a dispositive motion, and dismissal is without prejudice.

Respectfully submitted,

/s/ Ramis J. Wadood

Ramis J. Wadood (P85791)
Philip E. Mayor (P81691)
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union
 Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6800

Amanda M. Ghannam (P83065)
Jack W. Schulz (P78078)
Cooperating Attorneys,
American Civil Liberties Union
 Fund of Michigan
645 Griswold St. Suite 4100
Detroit, MI 48226
(313) 788-7446

1

Detroit, MI  48201
rwadood@aclumich.org
pmayor@aclumich.org
bkitaba@aclumich.org

amanda@michiganworkerlaw.com
jack@michiganworkerlaw.com

John C. Philo (P52721)
Liz Jacob (P86981)
Anthony D. Paris (P71525)
SUGAR LAW CENTER
FOR ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505/Fax: (313) 887-8470
jphilo@sugarlaw.org
ljacob@sugarlaw.org
tparis@sugarlaw.org

Attorneys for Plaintiffs

Dated: August 20, 2025

2

## LOCAL RULE CERTIFICATION

I, Ramis J. Wadood, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

/s/ Ramis J. Wadood (P85791)