UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN ZOU et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:25-cv-10315 |
| | ) | Hon. Mark A. Goldsmith |
| v. | ) | Mag. Elizabeth A. Stafford |
| | ) | |
| DOMENICO GRASSO et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' EXHIBIT LIST
PURSUANT TO THE COURT'S CASE MANAGEMENT
AND SCHEDULING ORDER OF AUGUST 12, 2025**

Pursuant to the Court's August, 12, 2025 Case Management and Scheduling Order ("CMO") (ECF No. 41, PageID.606), Defendants Domenico Grasso, Geoffrey Chatas, Richard Arnold, and Crystal James ("Defendants") submit the following list of exhibits.

As discovery is ongoing, Defendants reserve the right to amend or supplement this list to name additional exhibits as discovery progresses. Defendants will provide a list of any additional exhibits in accordance with the Court's CMO provisions governing the joint final pretrial order.

Defendants will likely seek to introduce the following exhibits:

1

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 1. | 2023-11-17 Kozler Trespass Warning Form | UM_ZOU_000013-UM_ZOU_000014 |
| 2. | 2024-05-21 Kozler Trespass Warning Form | UM_ZOU_000021-UM_ZOU_000022 |
| 3. | 2023-11-17 Zou Trespass Warning Form | UM_ZOU_000017-UM_ZOU_000018 |
| 4. | 2024-10-07 Zou Trespass Warning Form | UM_ZOU_000033-UM_ZOU_000034 |
| 5. | 2024-08-28 Elliott Trespass Warning Form | UM_ZOU_000025-UM_ZOU_000026 |
| 6. | 2024-09-24 Grant Trespass Warning Form | UM_ZOU_000029-UM_ZOU_000030 |
| 7. | 2025-05-29 Tucker-Meyer Trespass Warning Form | UM_ZOU_001149-UM_ZOU_001150 |
| 8. | 2025-05-29 Wall Trespass Warning Form | UM_ZOU_001165-UM_ZOU_001166 |
| 9. | 2023-11-17 Kozler Trespass Warning Report | UM_ZOU_000011-UM_ZOU_000012 |
| 10. | 2024-05-21 Kozler Trespass Warning Report | UM_ZOU_000019-UM_ZOU_000020 |
| 11. | 2023-11-17 Zou Trespass Warning Report | UM_ZOU_000015-UM_ZOU_000016 |
| 12. | 2024-10-07 Zou Trespass Warning Report | UM_ZOU_000031-UM_ZOU_000032 |
| 13. | 2024-08-28 Elliott Trespass Warning Report | UM_ZOU_000023-UM_ZOU_000024 |
| 14. | 2024-09-24 Grant Trespass Warning Report | UM_ZOU_000027-UM_ZOU_000028 |
| 15. | 2025-05-29 Tucker-Meyer Trespass Warning Report | UM_ZOU_000035-UM_ZOU_000036 |
| 16. | 2025-05-29 Wall Trespass Warning Report | UM_ZOU_000037-UM_ZOU_000038 |
| 17. | 2024-09-24 Grant Traffic Citation | UM_ZOU_000911-UM_ZOU_000912 |
| 18. | 2025-05-29 Tucker-Meyer Noise Citation | UM_ZOU_001151-UM_ZOU_001152 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 19. | 2025-05-29 Wall Noise Citation | UM_ZOU_001169-UM_ZOU_001170 |
| 20. | 2024-10-21 Email re Zou Trespass Warning | UM_ZOU_001668-UM_ZOU_001668 |
| 21. | 2024-10-18 Email re Zou Trespass Warning Modification | UM_ZOU_001664-UM_ZOU_001665 |
| 22. | 2024-10-21 Email re Zou Trespass Warning Modification | UM_ZOU_001666-UM_ZOU_001667 |
| 23. | 2024-10-21 Email re Zou Trespass Warning Modification | UM_ZOU_001669-UM_ZOU_001670 |
| 24. | 2024-11-02 Email re Zou Trespass Warning Modification | UM_ZOU_001702-UM_ZOU_001702 |
| 25. | 2024-10-21 Zou Formal Hearing Result | UM_ZOU_000083-UM_ZOU_000083 |
| 26. | 2024-11-01 Zou Appeal Hearing Result | UM_ZOU_000040-UM_ZOU_000040 |
| 27. | 2025-10-06 Tucker-Meyer Trespass Formal Hearing Result and Modification | UM_ZOU_000947-UM_ZOU_000947 |
| 28. | 2024-11-06 Grant Formal Hearing Result | UM_ZOU_000081-UM_ZOU_000081 |
| 29. | 2025-01-28 Grant Appeal Hearing Result | UM_ZOU_000039-UM_ZOU_000039 |
| 30. | 2024-11-03 Kozler Formal Hearing Result | UM_ZOU_000082-UM_ZOU_000082 |
| 31. | UMPD Incident Report re Case No. 2490304781 | UM_ZOU_000105-UM_ZOU_000132 |
| 32. | UMPD Incident Report re Case No. 2590303039 | UM_ZOU_000133-UM_ZOU_000141 |
| 33. | UMPD Incident Report re Case No. 2490304205 | UM_ZOU_000142-UM_ZOU_000205 |
| 34. | UMPD Incident Report re Case No. 2490700194 | UM_ZOU_000206-UM_ZOU_000207 |
| 35. | UMPD Incident Report re Case No. 1990301054 | UM_ZOU_000208-UM_ZOU_000265 |
| 36. | UMPD Incident Report re Case No. 2290302836 | UM_ZOU_000266-UM_ZOU_000295 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 37. | UMPD Incident Report re Case No. 2490302623 | UM_ZOU_000296-UM_ZOU_000374 |
| 38. | UMPD Incident Report re Case No. 2490700130 | UM_ZOU_000375-UM_ZOU_000377 |
| 39. | UMPD Incident Report re Case No. 2490301490 | UM_ZOU_000378-UM_ZOU_000401 |
| 40. | UMPD Incident Report re Case No. 2490302334 | UM_ZOU_000402-UM_ZOU_000408 |
| 41. | UMPD Incident Report re Case No. 2490305195 | UM_ZOU_000409-UM_ZOU_000451 |
| 42. | AAPD Incident Report re Case No. 230051309 | UM_ZOU_000452-UM_ZOU_000480 |
| 43. | PTPD Incident Report re Case No. 230017553-001 | UM_ZOU_000481-UM_ZOU_000485 |
| 44. | UMPD Incident Report re Case No. 2390305644 | UM_ZOU_000486-UM_ZOU_000720 |
| 45. | UMPD Incident Report re Case No. 2490302337 | UM_ZOU_000721-UM_ZOU_000860 |
| 46. | Documents from UMPD Case No. 2490304781 related to the 2024-09-24 Grant trespass warning | UM_ZOU_002240-UM_ZOU_002251; UM_ZOU_002526-UM_ZOU_002530; |
| 47. | Documents from UMPD Case No. 2590303039 related to the 2025-05-29 Wall and Tucker-Meyer trespass warnings | UM_ZOU_002252-UM_ZOU_002289 |
| 48. | Documents from UMPD Case No. 2490302623 related to the 2024-05-21 Kozler trespass warning | UM_ZOU_002290-UM_ZOU_002486 |
| 49. | Documents from UMPD Case No. 2490304205 related to the 2024-08-28 Elliott trespass warning | UM_ZOU_002487-UM_ZOU_002525 |
| 50. | Documents from UMPD Case No. 2490305195 related to the 2024-10-07 Zou trespass warning | UM_ZOU_002531-UM_ZOU_002567 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 51. | Video files from UMPD Case No. 2490304781 related to the 2024-09-24 Grant trespass warning | UM_ZOU_002181-UM_ZOU_002181; UM_ZOU_002190-UM_ZOU_002194 |
| 52. | Video files from UMPD Case No. 2590303039 related to the 2025-05-29 Wall and Tucker-Meyer trespass warnings | UM_ZOU_002182-UM_ZOU_002189 |
| 53. | Video files from UMPD Case No. 2490305195 related to the 2024-10-07 Zou trespass warning | UM_ZOU_002195-UM_ZOU_002239 |
| 54. | Documents from UMPD Case No. 2490304781 related to the 2024-09-24 Grant trespass warning | UM_ZOU_002240-UM_ZOU_002251; UM_ZOU_002526-UM_ZOU_002530; |
| 55. | Documents from UMPD Case No. 2590303039 related to the 2025-05-29 Wall and Tucker-Meyer trespass warnings | UM_ZOU_002252-UM_ZOU_002289 |
| 56. | Documents from UMPD Case No. 2490302623 related to the 2024-05-21 Kozler trespass warning | UM_ZOU_002290-UM_ZOU_002486 |
| 57. | Documents from UMPD Case No. 2490304205 related to the 2024-08-28 Elliott trespass warning | UM_ZOU_002487-UM_ZOU_002525 |
| 58. | Documents from UMPD Case No. 2490305195 related to the 2024-10-07 Zou trespass warning | UM_ZOU_002531-UM_ZOU_002567 |
| 59. | 2019-03-15 Elliott Field Interview Card | UM_ZOU_001986-UM_ZOU_001988 |
| 60. | 2022-06-25 Elliott Field Interview Card | UM_ZOU_001989-UM_ZOU_001990 |
| 61. | 2024-09-24 Grant Field Interview Card | UM_ZOU_001991-UM_ZOU_001993 |
| 62. | 2025-05-29 Tucker-Meyer and Wall Field Interview Card | UM_ZOU_001994-UM_ZOU_001998 |

5

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 63. | 2024-05-03 Zou Field Interview Card | UM_ZOU_001999-UM_ZOU_002005 |
| 64. | Elliott File Folder | UM_ZOU_001386-UM_ZOU_001480 |
| 65. | Grant File Folder | UM_ZOU_001481-UM_ZOU_001511 |
| 66. | Kozler File Folder | UM_ZOU_001512-UM_ZOU_001528 |
| 67. | Tucker-Meyer File Folder | UM_ZOU_001529-UM_ZOU_001548 |
| 68. | Wall File Folder | UM_ZOU_001549-UM_ZOU_001564 |
| 69. | Zou File Folder | UM_ZOU_001565-UM_ZOU_001661 |
| 70. | 2024-05-21 Shift Supervisor Roster | UM_ZOU_001683-UM_ZOU_001685 |
| 71. | 2024-08-28 Shift Supervisor Roster | UM_ZOU_001686-UM_ZOU_001687 |
| 72. | 2024-09-24 Shift Supervisor Roster | UM_ZOU_001688-UM_ZOU_001689 |
| 73. | 2024-10-07 Shift Supervisor Roster | UM_ZOU_001690-UM_ZOU_001691 |
| 74. | 2025-05-29 Shift Supervisor Roster | UM_ZOU_001692-UM_ZOU_001693 |
| 75. | 2025-07-21 Email re Elliott Trespass Warning Extension Review | UM_ZOU_001694-UM_ZOU_001697 |
| 76. | 2025-08-15 Email re Grant Trespass Warning Extension Review | UM_ZOU_001698-UM_ZOU_001701 |
| 77. | Elliott Criminal Case Details | UM_ZOU_000042-UM_ZOU_000052 |
| 78. | Incident Report No. 2590303039 LEAP Submission | UM_ZOU_000913-UM_ZOU_000914 |
| 79. | Archived Incident No. 2490304205 LEAP Submission | UM_ZOU_002006-UM_ZOU_002010 |
| 80. | Attachment to Archived Incident No. 2490304205 LEAP Submission | UM_ZOU_002011-UM_ZOU_002069 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 81. | Attachment to Archived Incident No. 2490304205 LEAP Submission | UM_ZOU_002070-UM_ZOU_002128 |
| 82. | Archived Incident No. 2490304781 LEAP Submission | UM_ZOU_002129-UM_ZOU_002131 |
| 83. | Attachment to Incident No. 2490304781 LEAP Submission | UM_ZOU_002132-UM_ZOU_002159 |
| 84. | Attachment to Incident No. 2490304781 LEAP Submission | UM_ZOU_002160-UM_ZOU_002160 |
| 85. | Incident No. 2490305195 LEAP Submission | UM_ZOU_002161-UM_ZOU_002165 |
| 86. | Incident No. 2590303039 LEAP Submission | UM_ZOU_002166-UM_ZOU_002169 |
| 87. | Attachment to Incident No. 2590303039 LEAP Submission | UM_ZOU_002170-UM_ZOU_002177 |
| 88. | Attachment to Incident No. 2590303039 LEAP Submission | UM_ZOU_002178-UM_ZOU_002178 |
| 89. | Incident Report No. 2490305195 LEAP Submission | UM_ZOU_002632-UM_ZOU_002633 |
| 90. | Attachment to Incident Report No. 2490305195 LEAP Submission | UM_ZOU_002634-UM_ZOU_002634 |
| 91. | Attachment to Incident Report No. 2490305195 LEAP Submission | UM_ZOU_002635-UM_ZOU_002638 |
| 92. | Attachment to Incident Report No. 2490305195 LEAP Submission | UM_ZOU_002639-UM_ZOU_002640 |
| 93. | Attachment to Incident Report No. 2490305195 LEAP Submission | UM_ZOU_002641-UM_ZOU_002687 |
| 94. | Ann Arbor Annual Trespass Report 2022 | UM_ZOU_000001-UM_ZOU_000003 |
| 95. | Ann Arbor Annual Trespass Report 2023 | UM_ZOU_000004-UM_ZOU_000006 |
| 96. | Ann Arbor Annual Trespass Report 2024 | UM_ZOU_000007-UM_ZOU_000010 |
| 97. | University of Michigan Campus and Property Maps | UM_ZOU_002626-UM_ZOU_002631 |
| 98. | DPSS Official Order No. 41 | UM_ZOU_000915-UM_ZOU_000919 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 99. | DPSS Official Order No. 23 | UM_ZOU_000920-UM_ZOU_000928 |
| 100. | UMPD Training Task No. 23 | UM_ZOU_000931-UM_ZOU_000932 |
| 101. | UM Trespass Warning Form – 11/2024 | UM_ZOU_000948-UM_ZOU_000949 |
| 102. | UM Trespass Warning Form – 02/2020 | UM_ZOU_000950-UM_ZOU_000951 |
| 103. | UM SPG 601.41 | UM_ZOU_001153-UM_ZOU_001155 |
| 104. | UM Central Campus Diag / North Campus Gerstacker Grove Policies & Procedures | UM_ZOU_001255-UM_ZOU_001276 |
| 105. | UM General Guidelines for Facility and Space Use | UM_ZOU_001288-UM_ZOU_001288 |
| 106. | UM Guideline for Use of the University of Michigan Grounds | UM_ZOU_001289-UM_ZOU_001297 |
| 107. | UM SPG 601.01 | UM_ZOU_001315-UM_ZOU_001317 |
| 108. | Plaintiff Alice Elliott's Video Production | Pl.000501-Pl.000536 |
| 109. | Plaintiff Oliver Kozler's Video Production | Pl.000541-Pl.000554 |
| 110. | Elliott Criminal Charge Documents | Pl.000486-Pl.000495 |
| 111. | Grant Text Messages | Pl.000407 |
| 112. | Excerpts from Kozler Initial Document Production | Pl.000326, 328, 334-356, 404 |
| 113. | Excerpts from Zou Initial Document Production | Pl.000240-Pl.000242 |
| 114. | Excerpts from Tucker-Meyer Initial Document Production | Pl.000411; Pl.000413 |
| 115. | Plaintiffs' Declarations accompanying their Preliminary Injunction Reply Brief | ECF Nos. 22-2, 22-5, 22-6 |
| 116. | Plaintiffs' Initial Interrogatory Responses | N/A |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 117. | Plaintiffs' Revised Interrogatory Responses | N/A |
| 118. | Plaintiffs' Supplemental Interrogatory Responses | N/A |

Defendants may seek to introduce the following exhibits:

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 119. | Plaintiffs' Trespass Warning Spreadsheet Data | UM_ZOU_002179-UM_ZOU_002179 |
| 120. | Plaintiffs' Trespass Warning Spreadsheet Data | UM_ZOU_002180-UM_ZOU_002180 |
| 121. | 2025-10-22 Grant Trespass Warning Report | UM_ZOU_002606-UM_ZOU_002607 |
| 122. | 2025-01-07 Email re Elliott Formal Hearing Request | UM_ZOU_000937-UM_ZOU_000937 |
| 123. | 2024-10-08 Grant Formal Hearing Request Notification | UM_ZOU_000938-UM_ZOU_000938 |
| 124. | 2024-10-10 Kozler Formal Hearing Request Notification | UM_ZOU_000939-UM_ZOU_000939 |
| 125. | 2023-11-26 Kozler Formal Hearing Request Notification | UM_ZOU_000940-UM_ZOU_000941 |
| 126. | 2025-09-16 Tucker-Meyer Formal Hearing Request Notification | UM_ZOU_000942-UM_ZOU_000943 |
| 127. | 2025-06-04 Tucker-Meyer Formal Hearing Request Notification | UM_ZOU_001179-UM_ZOU_001180 |
| 128. | 2025-06-04 Wall Formal Hearing Request Notification | UM_ZOU_000944-UM_ZOU_000945 |
| 129. | 2024-10-10 Zou Formal Hearing Request Notification | UM_ZOU_000946-UM_ZOU_000946 |
| 130. | 2024-12-21 Elliott Formal Hearing Request Notification | UM_ZOU_001178-UM_ZOU_001178 |
| 131. | 2024-12-20 Email re Elliott Formal Hearing Request | UM_ZOU_001196-UM_ZOU_001196 |
| 132. | 2023-12-20 Email re Kozler Formal Hearing Request | UM_ZOU_001181-UM_ZOU_001181 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 133. | 2024-10-10 Email re Kozler Formal Hearing Request | UM_ZOU_001182-UM_ZOU_001183 |
| 134. | 2024-10-11 Email re Zou Formal Hearing Scheduling | UM_ZOU_001184-UM_ZOU_001184 |
| 135. | 2024-10-23 Email re Kozler Formal Hearing Scheduling | UM_ZOU_001189-UM_ZOU_001190 |
| 136. | 2025-06-16 Email re Wall Formal Hearing | UM_ZOU_001197-UM_ZOU_001198 |
| 137. | 2025-06-16 Email re Tucker-Meyer Formal Hearing Request Scheduling | UM_ZOU_001199-UM_ZOU_001200 |
| 138. | 2025-06-16 Email re Tucker-Meyer Formal Hearing Request | UM_ZOU_001201-UM_ZOU_001201 |
| 139. | 2025-06-16 Email re Wall Formal Hearing Request | UM_ZOU_001202-UM_ZOU_001203 |
| 140. | 2025-09-29 Emails re Tucker-Meyer Formal Hearing Scheduling | UM_ZOU_001204-UM_ZOU_001207 |
| 141. | 2025-09-16 Email re Tucker-Meyer Formal Hearing Scheduling | UM_ZOU_001208-UM_ZOU_001209 |
| 142. | 2025-10-16 Email re Grant Formal Hearing Scheduling | UM_ZOU_001212-UM_ZOU_001212 |
| 143. | 2024-10-21 Email re Zou Formal Hearing Result | UM_ZOU_001185-UM_ZOU_001185 |
| 144. | 2024-10-21 Zou Formal Hearing Result | UM_ZOU_001186-UM_ZOU_001186 |
| 145. | 2024-10-21 Email re Zou Formal Hearing Result | UM_ZOU_001187-UM_ZOU_001187 |
| 146. | 2024-10-21 Zou Formal Hearing Result | UM_ZOU_001188-UM_ZOU_001188 |
| 147. | 2024-11-04 Email re Kozler Formal Hearing Result | UM_ZOU_001191-UM_ZOU_001191 |
| 148. | 2024-11-03 Kozler Formal Hearing Result | UM_ZOU_001192-UM_ZOU_001192 |
| 149. | 2024-11-06 Email re Grant Formal Hearing Result | UM_ZOU_001194-UM_ZOU_001194 |
| 150. | 2025-10-06 Email re Tucker-Meyer Formal Hearing Result | UM_ZOU_001210-UM_ZOU_001210 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 151. | 2025-10-06 Tucker-Meyer Formal Hearing Result | UM_ZOU_001211-UM_ZOU_001211 |
| 152. | 2024-11-04 Email re Kozler Hearing Result | UM_ZOU_001671-UM_ZOU_001672 |
| 153. | 2024-11-05 Email re Grant Formal Hearing Result | UM_ZOU_001675-UM_ZOU_001675 |
| 154. | 2024-11-06 Email re Grant Formal Hearing Result | UM_ZOU_001676-UM_ZOU_001676 |
| 155. | 2024-11-06 Email re Grant Formal Hearing Result | UM_ZOU_001677-UM_ZOU_001677 |
| 156. | 2024-11-06 Email re Grant Formal Hearing Decision | UM_ZOU_001678-UM_ZOU_001678 |
| 157. | 2024-10-21 Zou Appeal Hearing Request Notification | UM_ZOU_001176-UM_ZOU_001177 |
| 158. | 2024-11-28 Grant Appeal Hearing Request Notification | UM_ZOU_000933-UM_ZOU_000934 |
| 159. | 2024-10-11 Email re Zou Appeal Hearing Scheduling | UM_ZOU_001193-UM_ZOU_001193 |
| 160. | 2024-12-03 Email re Grant Appeal Hearing Scheduling | UM_ZOU_001195-UM_ZOU_001195 |
| 161. | 2024-12-11 Email re Grant Appeal Hearing Scheduling | UM_ZOU_001662-UM_ZOU_001663 |
| 162. | 2024-12-09 Email re Grant Appeal Hearing Scheduling | UM_ZOU_001679-UM_ZOU_001679 |
| 163. | 2024-12-13 Email re Grant Appeal Hearing Scheduling | UM_ZOU_001680-UM_ZOU_001680 |
| 164. | 2024-10-31 Email re Zou Appeal Hearing Scheduling | UM_ZOU_001836-UM_ZOU_001837 |
| 165. | 2024-12-16 Email re Grant Appeal Hearing Scheduling | UM_ZOU_001838-UM_ZOU_001838 |
| 166. | 2024-11-04 Email re Zou Appeal Hearing Result | UM_ZOU_001673-UM_ZOU_001673 |
| 167. | 2024-11-01 Zou Appeal Hearing Result | UM_ZOU_001674-UM_ZOU_001674 |
| 168. | 2025-01-28 Email re Grant Appeal Hearing Result | UM_ZOU_001681-UM_ZOU_001681 |

11

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 169. | 2025-01-28 Grant Appeal Hearing Result | UM_ZOU_001682-UM_ZOU_001682 |
| 170. | 2024-11-13 Kozler Trespass Extension | UM_ZOU_000935-UM_ZOU_000935 |
| 171. | 2024-11-13 Zou Trespass Extension | UM_ZOU_000936-UM_ZOU_000936 |
| 172. | UMPD Incident Report re Case No. 2590306100 | UM_ZOU_002619-UM_ZOU_002625 |
| 173. | UMPD Incident Report re Case No. 2590306099 | UM_ZOU_002608-UM_ZOU_002618 |
| 174. | Elliott Central HR File | UM_ZOU_000053-UM_ZOU_000080 |
| 175. | Kozler Central HR File | UM_ZOU_000861-UM_ZOU_000910 |
| 176. | Tucker-Meyer Central HR File | UM_ZOU_000952-UM_ZOU_001148 |
| 177. | Wall Central HR File | UM_ZOU_001167-UM_ZOU_001168 |
| 178. | Zou Central HR File | UM_ZOU_001175-UM_ZOU_001175 |
| 179. | Elliott Academic Transcript | UM_ZOU_001370-UM_ZOU_001372 |
| 180. | Kozler Academic Transcript | UM_ZOU_001373-UM_ZOU_001375 |
| 181. | Tucker-Meyer Academic Transcript | UM_ZOU_001376-UM_ZOU_001379 |
| 182. | Wall Academic Transcript | UM_ZOU_001380-UM_ZOU_001382 |
| 183. | Zou Academic Transcript | UM_ZOU_001383-UM_ZOU_001385 |
| 184. | UM Website Screenshot re Trespass Hearing and Appeal Process | UM_ZOU_001156-UM_ZOU_001156 |
| 185. | UM Website Screenshot re Trespass Hearing and Appeal Process | UM_ZOU_001157-UM_ZOU_001157 |
| 186. | UM Website Screenshot re Trespass Hearing and Appeal Process | UM_ZOU_001158-UM_ZOU_001158 |

| Defendants' Exhibit # | Description | Bates No. or ECF No. |
|---|---|---|
| 187. | UM Website Screenshot re Trespass Hearing and Appeal Process | UM_ZOU_001159-UM_ZOU_001159 |
| 188. | Dearborn Campus Trespass Warning Policy 7.13 | UM_ZOU_002568-UM_ZOU_002570 |
| 189. | Dearborn Trespass Warning Training Presentation | UM_ZOU_002571-UM_ZOU_002580 |
| 190. | Flint Campus Civil Disturbances Policy 5.45 | UM_ZOU_002581-UM_ZOU_002582 |
| 191. | Flint Campus Trespass Warning Annual Report 2022 | UM_ZOU_002584-UM_ZOU_002586 |
| 192. | Flint Campus Trespass Warning Annual Report 2023 | UM_ZOU_002588-UM_ZOU_002591 |
| 193. | Flint Campus Trespass Warning Annual Report 2024 | UM_ZOU_002593-UM_ZOU_002597 |
| 194. | Flint Campus Trespass Warning Annual Report 2025 | UM_ZOU_002599-UM_ZOU_002602 |
| 195. | 2025-10-22 Grant Trespass Warning Form | Pl.000555 |
| 196. | Excerpts from Kozler Initial Document Production | Pl.000243, 290-295, 297-299, 366, 383, 392-396 |

Defendants may also seek to introduce exhibits from the following:

    a.    Any and all documents produced by Plaintiffs;

    b.    Any and all documents produced by Defendants;

    c.    Any and all documents produced by witnesses who have not yet been deposed;

    d.    Any and all documents produced by any persons or entities referred to in depositions, interrogatories, answers to interrogatories, or requests for documents;

  e. Any and all documents produced by any and all witnesses named or identified by Plaintiff in any witness list, discovery response or pleading, regardless of whether those witnesses are called by Plaintiff at trial;

  f. Any and all documents marked as exhibits during any deposition taken by any party;

  g. Any and all documents produced by any party in response to a discovery request, subpoena, or court order;

  h. Any and all documents subpoenaed by any party;

  i. Any party's answers to interrogatories;

  j. Any party's responses to document production requests;

  k. Any party's responses to requests to admit;

  l. Any and all documents not yet discovered;

  m. Any and all transcripts of any deposition taken in this matter by any party;

  n. Any and all documents listed on Plaintiff's exhibit list;

  o. Any and all documents necessary for rebuttal purposes;

  p. Plaintiffs' Complaint, Amended Complaint, and all exhibits thereto;

   q. Plaintiff's preliminary injunction briefing and all exhibits thereto.

| | |
|---|---|
| Dated: February 2, 2026 | Respectfully submitted,<br>*/s/ Lauren J. Hartz* |
| Brian M. Schwartz (P69018)<br>Erika L. Giroux (P81998)<br>Miller, Canfield, Paddock<br>and Stone, P.L.C.<br>150 W. Jefferson, Ste. 2500<br>Detroit, MI 48226<br>(313) 963-6420<br>schwartzb@millercanfield.com<br>giroux@millercanfield.com | Lauren J. Hartz (D.C. Bar No. 1029864)<br>Ishan Bhabha (D.C. Bar No. 1015673)<br>Jenner & Block LLP<br>1099 New York Avenue, NW Suite 900<br>Washington, DC 20001-4412<br>(202) 639-6000<br>lhartz@jenner.com<br>ibhabha@jenner.com<br><br>Allison N. Douglis (N.Y. Bar<br> No. 5711015)<br>Jenner & Block LLP<br>1155 Avenue of the Americas, 29th Floor<br>New York. NY 10036<br>(212) 891-1600<br>adouglis@jenner.com<br><br>*Counsel for Defendants* |

15

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically filed the foregoing Defendants' Exhibit List with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

By: */s/ Lauren J. Hartz*