# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN ZOU et al., | ) |
| Plaintiffs, | ) Case No. 2:25-cv-10315 |
| | ) Hon. Mark A. Goldsmith |
| v. | ) Mag. Elizabeth A. Stafford |
| DOMENICO GRASSO et al., | ) |
| Defendants. | ) |

## STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANTS' EXPERT DISCLOSURES

The parties have conferred and have agreed to extend Defendants' deadline to file an expert witness list and to provide any expert disclosures and reports until February 23, 2026.

Pursuant to the Court's Case Management and Scheduling Order ("Scheduling Order") (ECF No. 41, PageID.605), Plaintiffs filed their expert witness list and provided Defendants with an accompanying expert report on December 31, 2025. *See* ECF No. 53, PageID.967. Defendants' deadline to disclose any expert witnesses and provide accompanying expert reports is currently February 2, 2026. ECF No. 41, PageID.605. However, after conferring with Defendants, Plaintiffs have agreed to supplement their expert disclosures with additional information Defendants contend is needed to comply with the

requirements of Federal Rule of Civil Procedure 26(a)(2)(B).  Plaintiffs disagree that the additional information is required by the Rule, but will make these supplemental disclosures by February 9, 2026.  Undersigned counsel for the parties have agreed to extend Defendants' deadline to file an expert witness list and provide any expert disclosures and accompanying reports until fourteen (14) days after Plaintiffs supplement their expert disclosures, *i.e.*, until February 23, 2026.  The extension will allow Defendants the time necessary to review and address Plaintiffs' supplemental disclosures.

    This order does not affect any other deadlines in the Court's Scheduling Order.

    IT IS HEREBY ORDERED that Defendants shall file an expert witness list and provide Plaintiffs with any accompanying expert disclosures and reports by February 23, 2026.

    **SO ORDERED.**

Dated: February 4, 2026                      s/Mark A. Goldsmith
Detroit, Michigan                            MARK A. GOLDSMITH
                                              United States District Judge

The parties stipulate to the entry of the above order:

| | |
|---|---|
| Date: January 30, 2026 | Respectfully submitted, |
| /s/ Ramis J. Wadood (with consent) | /s/ Lauren J. Hartz |
| Ramis J. Wadood (P85791) | Lauren J. Hartz (D.C. Bar No. 1029864) |
| Marc Allen (P82312) | Ishan Bhabha (D.C. Bar No. 1015673) |
| Philip E. Mayor (P81691) | 1099 New York Avenue, NW Suite 900 |
| Bonsitu Kitaba-Gaviglio (P78822) | Washington, DC 20001-4412 |
| Syeda Davidson (P72801) | +1 202 639 6000 |
| American Civil Liberties Union Fund of Michigan | lhartz@jenner.com |
| 2966 Woodward Avenue | ibhabha@jenner.com |
| Detroit, MI 48201 | |
| (313) 578-6800 | Allison N. Douglis (NY Bar No. 5711015) |
| rwadood@aclumich.org | Jenner & Block LLP |
| | 1155 Avenue of the Americas, |
| Amanda M. Ghannam (P83065) | New York, NY 10036-2711 |
| Jack W. Schulz (P78078) | +1 212 891 1600 |
| Cooperating Attorneys, | adouglis@jenner.com |
| American Civil Liberties Union Fund of Michigan | |
| 645 Griswold St. Suite 4100 | Brian M. Schwartz (P69018) |
| Detroit, MI 48226 | Erika L. Giroux (P81998) |
| (313) 788-7446 | Miller, Canfield, Paddock and Stone, P.L.C. |
| amanda@michiganworkerlaw.com | 150 W. Jefferson, Ste. 2500 |
| jack@michiganworkerlaw.com | Detroit, MI 48226 |
| | (313) 963-6420 |
| John C. Philo (P52721) | schwartzb@millercanfield.com |
| Liz Jacob (P86981) | giroux@millercanfield.com |
| Anthony D. Paris (P71525) | |
| SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE | *Counsel for Defendants* |
| 4605 Cass Ave., 2nd Floor | |
| Detroit, MI 48201 | |
| (313) 993-4505 | |
| jphilo@sugarlaw.org | |
| ljacob@sugarlaw.org | |
| tparis@sugarlaw.org | |

4

*Counsel for Plaintiffs*

Case 2:25-cv-10315-MAG-EAS   ECF No. 60, PageID.1273   Filed 02/04/26   Page 4 of 4

4

*Counsel for Plaintiffs*