**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JONATHAN ZOU et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:25-cv-10315 |
| | ) | Hon. Mark A. Goldsmith |
| v. | ) | Mag. Elizabeth A. Stafford |
| | ) | |
| DOMENICO GRASSO et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

## NOTICE OF PUBLICLY FILED EXHIBITS

**PLEASE TAKE NOTICE** that pursuant to the Stipulated Confidentiality and Protective Order in this case, ECF No. 48, PageID.949 (the "Protective Order"), Defendants are submitting certain exhibits to their Response to Third-Party Movants' Motion to Quash or, Alternatively, for a Protective Order, ECF No. 67, PageID.1515, for filing on the public docket. These exhibits contained information designated by Plaintiffs as confidential under the Protective Order, and in accordance with the procedures in the Protective Order, Defendants previously filed these exhibits under provisional seal on April 20, 2026.[1] *See* Protective Order ¶ 12(b), PageID.949. Counsel for Plaintiffs have since consented to Defendants filing the Provisionally Sealed Exhibits on the public docket in unsealed form. The

---

[1] The exhibits filed provisionally under seal were previously docketed at ECF Nos. 73-12–73-18, PageID.1718–24 (the "Provisionally Sealed Exhibits").

1

Provisionally Sealed Exhibits are attached to this Notice, and certain pages have been stamped as DESIGNATED CONFIDENTIAL BY PLAINTIFFS or DESIGNATED CONFIDENTIAL – ATTORNEYS' EYES ONLY BY PLAINTIFFS at the request of Plaintiffs.

Dated: May 4, 2026

Brian M. Schwartz (P69018)
Erika L. Giroux (P81998)
Miller, Canfield, Paddock
and Stone, P.L.C.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
giroux@millercanfield.com

Respectfully submitted,
/s/ Lauren J. Hartz
Lauren J. Hartz (D.C. Bar No. 1029864)
Ishan Bhabha (D.C. Bar No. 1015673)
Jenner & Block LLP
1099 New York Avenue, NW Suite 900
Washington, DC 20001-4412
(202) 639-6000
lhartz@jenner.com
ibhabha@jenner.com

Allison N. Douglis (N.Y. Bar No. 5711015)
Jenner & Block LLP
1155 Avenue of the Americas, 29th Floor
New York, NY 10036
(212) 891-1600
adouglis@jenner.com

*Counsel for Defendants*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I electronically filed the foregoing

Notice of Publicly Filed Exhibits with the Clerk of the Court using the ECF system

which will send notification of such filing to all counsel of record.


By: */s/ Lauren J. Hartz*

3