**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

—————————————————————————————————

JONATHAN ZOU et al.,

            Plaintiffs,

v.

DOMENICO GRASSO et al.,

            Defendants.

Case No. 2:25-cv-10315

Hon. Mark A. Goldsmith
Mag. Elizabeth A. Stafford

—————————————————————————————————

**JOINT STIPULATED ORDER OF DISMISSAL
AND AMENDMENT OF PLEADINGS**

The parties, by and through counsel, have conferred and hereby jointly stipulate to the following:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to dismiss Plaintiff Rowan Tucker-Meyer's claims from this action with prejudice.

2.    Pursuant to Fed. R. Civ. P. 15(a)(2), the parties jointly stipulate that Plaintiffs may amend their operative pleading to file the agreed Second Amended Complaint, and that Defendants' time to answer the newly amended pleading be extended by fourteen (14) days, i.e., to a total of twenty-eight (28) days after service of the amended pleading.

1

3.    The parties also agree that the newly amended pleading will not be a basis for Plaintiffs to seek any further extension of any case deadlines.

4.    The parties further agree that, after this stipulated amendment, Plaintiffs may not subsequently amend their pleading before trial except to add any additional trespass warning issued after this date to any of the Plaintiffs in the Second Amended Complaint, and that, if Plaintiffs wish to subsequently amend their pleadings after this stipulated amendment, they must do so in accordance with Fed R. Civ. P. 15.

IT IS HEREBY ORDERED that Plaintiff Rowan Tucker-Meyer's claims are dismissed from this action with prejudice; that Plaintiff may file their proposed Second Amended Complaint; and that Defendants shall have twenty-eight (28) days thereafter to file their answer to the amended pleading.

**SO ORDERED**.

Dated: May 8, 2026                    s/Mark A. Goldsmith
Detroit, Michigan                     MARK A. GOLDSMITH
                                      United States District Judge

2

The parties stipulate to the entry of the above order:

Date: February 26, 2026

/s/ Ramis J. Wadood
Ramis J. Wadood (P85791)
Marc Allen (P82312)
Philip E. Mayor (P81691)
Bonsitu Kitaba-Gaviglio (P78822)
Syeda Davidson (P72801)
American Civil Liberties Union Fund
   of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6800
rwadood@aclumich.org

Jack W. Schulz (P78078)
Cooperating Attorney,
American Civil Liberties Union Fund
   of Michigan
645 Griswold St. Suite 4100
Detroit, MI 48226
(313) 788-7446
jack@michiganworkerlaw.com

Amanda M. Ghannam (P83065)
Cooperating Attorney,
American Civil Liberties Union Fund
   of Michigan
3200 Greenfield Rd., Ste. 300
Dearborn, MI 48120
(313) 315-5327
amanda@amglegalcounsel.com

John C. Philo (P52721)

Respectfully submitted,

/s/ Lauren J. Hartz (with
consent)
Lauren J. Hartz (D.C. Bar No.
   1029864)
Ishan Bhabha (D.C. Bar No.
   1015673)
1099 New York Avenue, NW Suite
   900
Washington, DC 20001-4412
+1 202 639 6000
lhartz@jenner.com
ibhabha@jenner.com

Allison N. Douglis (NY Bar No.
   5711015)
Jenner & Block LLP
1155 Avenue of the Americas,
New York, NY 10036-2711
+1 212 891 1600
adouglis@jenner.com

Brian M. Schwartz (P69018)
Erika L. Giroux (P81998)
Miller, Canfield, Paddock and Stone,
   P.L.C.
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
giroux@millercanfield.com

Counsel for Defendants

3

Liz Jacob (P86981)
Anthony D. Paris (P71525)
SUGAR LAW CENTER FOR
ECONOMIC & SOCIAL JUSTICE
4605 Cass Ave., 2nd Floor
Detroit, MI 48201
(313) 993-4505
jphilo@sugarlaw.org
ljacob@sugarlaw.org
tparis@sugarlaw.org

*Counsel for Plaintiffs*